BARRON & NEWBURGER, PC

Arthur Sanders
Attorney

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

July 30, 2026

**APPLICATION GRANTED:** **The Initial Conference set for 8/17/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, September 10, 2026, at 11:30 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

07/31/2026

Hon. Katherine H. Parker
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Fitch v. Tate & Kirlin Associates, Inc.
Docket No. 26-CV-03158

Dear Judge Parker:

Please be advised that this office represents the defendant in the above-captioned matter. This letter is written to request an adjournment of the initial court conference presently scheduled for Monday, August 17, 2026, at 2:00 p.m.

I will be out of the country on vacation on August 17th. I have conferred with opposing counsel, and he has agreed to this adjournment request.

Each of us can be available for the initial conference on September 2nd, September 3rd, or September 10th.

This is a first request to adjourn the initial court conference and is made with the consent of opposing counsel.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw