USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

KAREEM FITCH,

Plaintiff,

-against-

TATE & KIRLIN ASSOCIATES, INC.,

Defendant.

----------------------------------------------------------------X

**26-CV-3158 (ALC) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on September 9, 2026 (doc. no 13) the Initial Case Management Conference currently scheduled for **September 10, 2026**, is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
September 10, 2026

Katharine H Parker

______________________________
KATHARINE H. PARKER
United States Magistrate Judge